WILLIAM B. SACHS, Appellant, *v.* CLUETT PEABODY & Co., INC., Respondent.

Argued November 15, 1943; decided January 6, 1944.

*Elkon Turk, George Gaskill* and *Herman Goldman* for appellant.

*William Piel, Jr., Edward H. Green* and *Roy L. Steinheimer, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.